# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 4, 2023

Lyle W. Cayce
Clerk

No. 21-60525
Summary Calendar

Jardiel Johel Raudales Chavez,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A200 723 859

Before Richman, *Chief Judge*, Duncan, and Oldham, *Circuit Judges*.
Per Curiam:*

Jardiel Johel Raudales Chavez, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals's (BIA) decision affirming, without opinion, the immigration judge's (IJ) order denying him withholding of removal. Raudales Chavez's withholding of removal claim is based upon his fear of a gang that forcibly recruited him when he was a

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 21-60525

teenager; he seeks relief based upon his membership in the particular social group (PSG) "Honduran men who fear violence and delinquency in their home country."

Because the BIA affirmed without an opinion, the IJ's decision became the final agency decision for our review. *See Soadjede v. Ashcroft*, 324 F.3d 830, 831-32 (5th Cir. 2003). We review the IJ's factual findings for substantial evidence. *See Zhang v. Gonzales*, 432 F.3d 339, 344 (5th Cir. 2005).

The IJ correctly determined that Raudales Chavez's proposed PSG is not valid because it lacks the requisite particularity. *See Orellana-Monson v. Holder*, 685 F.3d 511, 521-22 (5th Cir. 2012). Because he fails to establish a cognizable PSG, he cannot satisfy the requirements for withholding of removal. *See Zhang*, 432 F.3d at 344.

The petition for review is DENIED.